UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES CARSON, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:11 CV 1030 CDP |
| ADESA, INC., | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before me on plaintiff's response to the Show Cause Order issued on July 21, 2011. Having reviewed the response, I will grant plaintiff's unopposed motion to amend his complaint. Plaintiff's amended complaint is deemed filed as of this date. Of course, it remains plaintiff's responsibility to obtain service on the newly-joined defendant.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to amend [#9] is granted, and plaintiff's amended complaint [#9-1] is deemed filed as of this date.

**IT IS FURTHER ORDERED** that the motion to amend [#14] is denied as moot.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 26th day of July, 2011.